# EXHIBIT 4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| IN RE:                  | CHAPTER 7                    |
|-------------------------|------------------------------|
| One Aviation Corporation |                              |
|                         | CASE NO. 18-12309-JKS        |
| Debtor(s).              | RE: Docket No. 1355, 1363    |

## ORDER OF DISTRIBUTION

**AND NOW**, the Trustee, George L. Miller, is hereby ordered and directed to (i) distribute to the parties in interest listed in the attached Distribution Schedule(s) estate monies in the amounts indicated in such Schedule(s), within thirty (30) days of the entry of the final orders on compensation and expenses, and, (ii) transmit to the United States Trustee, within one hundred and twenty-five (125) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report and Account.

Dated: January 3rd, 2024
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-12309- JKS
Case Name: ONE AVIATION CORPORATION
Trustee Name: George L. Miller

**Balance on hand:** $ 865,374.49

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| (11) 105 | DWC Pine Investments I, Ltd. | 28,595,418.67 | 0.00 | 0.00 | 0.00 |
| (11) 20051 | Cantor Fitzgerald Securities | 0.00 | 0.00 | 0.00 | 0.00 |
| (11) 20066 | Zhehiang Jinggong Holding Co., Ltd. | 4,192,542.00 | 0.00 | 0.00 | 0.00 |
| (11) 20074 | CRYSTAL FINANCIAL SBIC LP | 0.00 | 0.00 | 0.00 | 0.00 |
| 86 | CRYSTAL FINANCIAL SBIC LP | 448,475.29 | 0.00 | 0.00 | 0.00 |
| 79 | Emmet, Marvin & Martin, LLP | 242,383.46 | 0.00 | 0.00 | 0.00 |
| 80 | Emmet, Marvin & Martin, LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| 83 | Ashby & Geddes, P.A. | 57,058.75 | 0.00 | 0.00 | 0.00 |
| 84 | CITIKING INTERNATIONAL US, LLC | 77,000,000.00 | 950,000.00 | 950,000.00 | 0.00 |
| 85 | Crowell & Moring LLP | 68,067.50 | 0.00 | 0.00 | 0.00 |
| (11) 20067 | CRYSTAL FINANCIAL SBIC LP | 0.00 | 0.00 | 0.00 | 0.00 |
| 87 | Cantor Fitzgerald Securities | 92,766,030.22 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 865,374.49

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - George L. Miller | 172,482.52 | 0.00 | 172,482.52 |
| Trustee, Expenses - George L. Miller | 231.08 | 0.00 | 231.08 |
| Fees, United States Trustee | 5,667.40 | 0.00 | 5,667.40 |
| Attorney for Trustee Fees (Other Firm) - Cozen O'Connor | 210,184.00 | 156,989.50 | 53,194.50 |
| Attorney for Trustee Expenses (Other Firm) - Cozen O'Connor | 8,642.60 | 6,738.19 | 1,904.41 |

Total to be paid for chapter 7 administrative expenses: $ 233,479.91
Remaining balance: $ 631,894.58

UST Form 101-7-TFR(5/1/2011)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm)  - Paul Hastings LLP | 2,026,781.90 | 2,026,781.90 | 0.00 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm)  - Young Conaway Stargatt & Taylor | 275,596.10 | 275,596.10 | 0.00 |
| Other Prior Chapter Professional's Fees - Ernst & Young LLP | 361,408.23 | 361,408.23 | 0.00 |
| Other Prior Chapter Professional's Fees - Duff & Phelps Securities, LLC | 6,179.65 | 6,179.65 | 0.00 |
| Other Prior Chapter Professional's Fees - Landis Rath & Cobb LLP | 81,798.10 | 81,798.10 | 0.00 |
| Other Prior Chapter Professional's Fees - Conway Mackenzie, LLC | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Professional's Fees - Epiq Corporate Restructuring LLC | 18,222.73 | 18,222.73 | 0.00 |
| Other Prior Chapter Professional's Fees - Wyse Advisors LLC | 240,371.65 | 0.00 | 0.00 |
| Other Prior Chapter Professional's Fees - Epiq Corporate Restructuring LLC | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Professional's Fees - Carroll Services LLC | 144,863.74 | 0.00 | 0.00 |
| Other Prior Chapter Professional's Fees - Carroll Services LLC | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Professional's Fees - Aircraft Partner N58EH Dst. | 1,290,274.75 | 0.00 | 0.00 |
| Other Prior Chapter Professional's Fees - Jane X. Wang | 400,000.00 | 0.00 | 0.00 |
| Other Prior Chapter Professional's Fees - AML Global Eclipse LLC | 500,000.00 | 0.00 | 500,000.00 |
| Other Prior Chapter Professional's Fees - Epiq Corporate Restructuring LLC (ADMINISTRATIVE) | 311,455.01 | 0.00 | 131,894.58 |
| Other Prior Chapter Professional's Fees - Lowenstein Sandler LLP (ADMINISTRATIVE) | 77,641.23 | 77,641.23 | 0.00 |
| Other Prior Chapter Professional's Fees - Bank of America, N.A. (ADMINISTRATIVE) | 1,075,640.92 | 0.00 | 0.00 |
| Prior Chapter Trade Debt - Astronics Corporation | 4,059.00 | 0.00 | 0.00 |
| Prior Chapter Trade Debt - Traffic Manson | 500.00 | 0.00 | 0.00 |

Total to be paid for prior chapter administrative expenses:  $  631,894.58
Remaining balance:  $  0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $211,699.69 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| (11) 006 | Department of the Treasury - IRS | 10,000.00 | 0.00 | 0.00 |
| (11) 015 | Department of the Treasury - IRS | 5,000.00 | 0.00 | 0.00 |
| (11) 020 | Department of the Treasury - IRS | 0.00 | 0.00 | 0.00 |
| (11) 036p | Franchise Tax Board | 1,721.67 | 0.00 | 0.00 |
| (11) 044p | NM Taxation and Revenue Dept. | 523.05 | 0.00 | 0.00 |
| (11) 048 | Design Eye-Q LLC | 7,200.00 | 0.00 | 0.00 |
| (11) 128p | Wisconsin Department of Revenue | 2,600.00 | 0.00 | 0.00 |
| (11) 134p | Department of the Treasury - IRS | 819.61 | 0.00 | 0.00 |
| (11) 20004 | Bernco Treasurer/County of Bernalillo | 0.00 | 0.00 | 0.00 |
| (11) 20005 | Bernco Treasurer/County of Bernalillo | 183,835.36 | 0.00 | 0.00 |

Total to be paid for priority claims:  $     0.00
Remaining balance:  $     0.00

UST Form 101-7-TFR(5/1/2011)

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $10,482,227.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| (11) 023 | FedEx Corporate Services Inc. | 31,871.88 | 0.00 | 0.00 |
| (11) 024 | Sunbelt Rentals | 2,446.15 | 0.00 | 0.00 |
| (11) 028 | Aerowind Corporation | 46,018.72 | 0.00 | 0.00 |
| (11) 029 | Joshua Avaiation Services LLC | 90,058.15 | 0.00 | 0.00 |
| (11) 036u | Franchise Tax Board | 998.83 | 0.00 | 0.00 |
| (11) 037 | Neustar Inc. | 1,059.20 | 0.00 | 0.00 |
| (11) 038 | National Calibration Inc. | 5,794.12 | 0.00 | 0.00 |
| (11) 039 | Commonwealth Edison Company | 714.40 | 0.00 | 0.00 |
| (11) 040 | LinkedIn | 5,625.00 | 0.00 | 0.00 |
| (11) 041 | Klune Industries Inc. | 338,000.00 | 0.00 | 0.00 |
| (11) 044u | NM Taxation and Revenue Dept. | 85.00 | 0.00 | 0.00 |
| (11) 045 | Traverse LLC | 354,258.16 | 0.00 | 0.00 |
| (11) 046 | Colling and Herbers PC | 19,553.57 | 0.00 | 0.00 |
| (11) 050 | Steve & Leslie E. Adams | 21,500.00 | 0.00 | 0.00 |
| (11) 057 | Life Insurance Company of North America | 30,843.28 | 0.00 | 0.00 |
| (11) 059 | Mecaer America Inc. | 257,037.58 | 0.00 | 0.00 |
| (11) 060 | The Citon Computer Corp | 1,053.42 | 0.00 | 0.00 |
| (11) 065 | Jeff Foster Trucking, Inc. | 2,900.00 | 0.00 | 0.00 |
| (11) 073 | Neelu Aviation LLC | 0.00 | 0.00 | 0.00 |
| (11) 081 | Heights Security Inc. | 1,125.00 | 0.00 | 0.00 |
| (11) 090 | Jane X. Wang | 400,000.00 | 0.00 | 0.00 |
| (11) 091 | Jane X. Wang | 0.00 | 0.00 | 0.00 |
| (11) 093 | Best Western Premier Waterfront Hotel | 3,373.17 | 0.00 | 0.00 |
| (11) 095 | Henry & Katheryn Orlosky | 426,314.00 | 0.00 | 0.00 |
| (11) 098 | City of Aurora | 5,700.00 | 0.00 | 0.00 |
| (11) 100 | Padal Inc. | 75,006.58 | 0.00 | 0.00 |
| (11) 104 | Experimental Aircraft Association, Inc. | 69,178.78 | 0.00 | 0.00 |
| (11) 110 | Wilkerson Guthmann | 52,930.00 | 0.00 | 0.00 |
| (11) 115 | Beth Virginia Thompson Skye | 20,000.00 | 0.00 | 0.00 |
| (11) 128u | Wisconsin Department of Revenue | 500.00 | 0.00 | 0.00 |
| (11) 134u | Department of the Treasury - IRS | 158.16 | 0.00 | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| (11) 20006 | Blue Cross Blue Shield of New Mexico | 222,107.51 | 0.00 | 0.00 |
| (11) 20008 | A Ron Resources LLC | 0.00 | 0.00 | 0.00 |
| (11) 20009 | A Ron Resources LLC | 0.00 | 0.00 | 0.00 |
| (11) 20011 | Forest Air, LLC | 0.00 | 0.00 | 0.00 |
| (11) 20014 | American Precision Avionics | 36,663.87 | 0.00 | 0.00 |
| (11) 20016 | Brigitte Vonk | 44,450.00 | 0.00 | 0.00 |
| (11) 20018 | Yash Technologies, Inc. | 185,048.86 | 0.00 | 0.00 |
| (11) 20020 | Kurtzman Carson Consultantsm, LLC | 3,473.35 | 0.00 | 0.00 |
| (11) 20021 | Cellco Partnership; Verizon Wireless | 0.00 | 0.00 | 0.00 |
| (11) 20038u | Astronics Corporation | 45,000.00 | 0.00 | 0.00 |
| (11) 20042 | Edward M. Lundeen | 0.00 | 0.00 | 0.00 |
| (11) 20044 | Chicago Executice Airport | 45,157.32 | 0.00 | 0.00 |
| 78 | Astronics Advanced Electronic Systems | 36,223.00 | 0.00 | 0.00 |
| 82 | Liftforward Inc. | 0.00 | 0.00 | 0.00 |
| 88 | Honeywell International, Inc. | 7,600,000.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

UST Form 101-7-TFR(5/1/2011)